MICHAEL J. GARCIA
United States Attorney for the
Southern District of New York
By: WENDY H. WASZMER*
Assistant United States Attorney
86 Chambers Street
New York, New York 10007
Tel.: (212) 637-2729
Fax: (212) 637-2717
* Authorized to represent the United States in this District.

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

| | |
|---|---|
| MARIA VARGAS, | |
| | ECF CASE |
| Plaintiff, | |
| | |
| v. | NOTICE OF MOTION |
| | |
| UNITED STATES POSTAL WORKERS UNION, et al., | 05 Civ. 4447 (BSJ) |
| | |
| Defendants. | |

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

PLEASE TAKE NOTICE that upon the Memorandum of Law in Support of defendant United States Postal Service's ("the Postal Service") Motion to Dismiss, or in the Alternative, for Summary Judgment, defendant's Local Rule 56.1 Statement, the Declaration of Mitchell Sturman, dated January 3, 2006, and the accompanying exhibits; and upon all the pleadings heretofore filed in this action, the Postal Service, by and through his attorney, Michael J. Garcia, United States Attorney for the Southern District of New York, moves this Court for an order dismissing the Amended Complaint pursuant to Rules 12(b)(1), 12(b)(6), and 56 of the Federal Rules of Civil Procedure, and for such other and further relief as the Court deems just and proper.

Dated: New York, New York
February 3, 2006

                    MICHAEL J. GARCIA
United States Attorney for the
Southern District of New York
Attorney for Defendant United States
Postal Service

By: _____
WENDY H. WASZMER
Assistant United States Attorney
Tel.: (212) 637-2729
Fax: (212) 637-2717

To: LAURA DILIMETIN, ESQ.
ANTHONY DILIMETIN, ESQ.
Attorneys for Plaintiff
Dilimetin & Dilimetin
500 Fifth Avenue, Suite 1930
New York, New York 10110

JOSEPHINE ESCALANTE, ESQ.
Attorney for the American Postal Workers Union
O'Donnell, Schwartz, and Anderson, P.C.
1300 L Street, NW
Suite 1200
Washington, DC 20005